Robert P. Gust Company, Inc., appellant, v. Kip Corporation, appellee. Gen. No. 39,638.

Opinion filed May 16, 1938.

Edward H. S. Martin and John B. King, for appellant. Hagenah & Flynn, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.